# EXHIBIT P-14

# 10 Day Summons

Gregory M. Constantino, (A6853)
CONSTANTINO LAW OFFICE, P.C.
8537 South Redwood Road, Suite D
West Jordan, Utah   84088
(801) 748-4747 or (877) 318-4747
legal@constantinolaw.com
Attorney for Plaintiff

Date_____
By_____ Time_____
Upon_____   ☐ Deputy Constable
                       ☐ Private Investigator
WASATCH CONSTABLES • OGDEN,UT
Rob Kolkman, Constable • 801.392.9400

## SECOND JUDICIAL DISTRICT COURT

## DAVIS COUNTY, FARMINGTON DEPARTMENT

| | |
|---|---|
| LVNV Funding LLC, ) | **10 DAY SUMMONS** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 14PT00 2402 |
| ) | |
| Luis Gallegos, an individual, ) | Judge: David Connors |
| ) | |
| Defendant. ) | |

THE STATE OF UTAH TO THE ABOVE-NAMED DEFENDANT Luis Gallegos:

You are summoned and required to answer the attached complaint.  Within 20 days after service of this summons, you must file your written answer with the clerk of the court at the following address:   800 West State, Farmington UT 84025, and you must mail or deliver a copy to plaintiff's attorney at the address:   Gregory M. Constantino, 8537 South Redwood Road, Suite D, West Jordan, Utah   84088.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.   Within 10 business days after service of this summons on you, the complaint will be filed with the clerk of the court.  If the complaint is not filed with the court within 10 business days after service of this summons upon you, then you do not need to file an answer to the complaint.   You may call the clerk of the court at (801)447-3800 at least 13 days after service of this summons upon you to determine if the complaint has been filed.  This is an action to collect a debt you originally owed to CREDIT ONE BANK, N.A..

Respectfully signed and submitted on January 6, 2014.


Gregory M. Constantino

# RETURN OF SERVICE

**State of Utah**                    **County of Davis**                    **Court**

Case Number: _____

||||||||||||||||||||||||||||||||||||
WCC2014001342

Plaintiff:
**LVNV Funding LLC**

vs.

Defendant:
**Luis Gallegos**

For:
Gregory Constantino
Constantino Law Office, PC
8537 S Redwood Rd
Suite D
West Jordan, UT  84088

Received by Wasatch Constables LC to be served on **Luis Gallegos, 2261 N 450 W, Clearfield, UT 84015**.

I, Kelly Thatcher, do hereby affirm that on the **19th day of January, 2014** at **11:15 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Ten Day Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Luis Gallegos** at the address of: **2261 N 450 W, Clearfield, UT 84015**, and informed said person of the contents therein, in compliance with state statutes.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Deputy of the Ogden City Constable, and that the foregoing is true and correct. Executed on the date listed above.


**Kelly Thatcher**
Process Server

**Wasatch Constables LC**
**2590 Washington Blvd.**
**Suite 300**
**Ogden, UT 84401**
**(801) 392-9400**
Our Job Serial Number: WCC-2014001342

Service Fee: $27.50

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

