EXHIBIT P-17

Order to Permit Access to Employment Records

Gregory M. Constantino, (A 6853)
CONSTANTINO LAW OFFICE, P.C.
8537 South Redwood Road, Suite D
West Jordan, UT 84088
(801) 748-4747 or (877) 318-4747
legal@constantinolaw.com
Attorney for Plaintiff

SECOND JUDICIAL DISTRICT COURT

DAVIS COUNTY, FARMINGTON DEPARTMENT

| | |
|---|---|
| LVNV Funding LLC<br><br>Plaintiff,<br><br>vs.<br><br>Luis Gallegos, an individual<br><br>Defendant(s). | **ORDER TO PERMIT ACCESS TO DEFENDANT'S EMPLOYMENT RECORDS**<br><br>Case No.: 149700262<br><br>Judge: DAVID CONNORS |

The above-entitled matter came on for decision, pursuant to Rule 7(d) of the Utah R. of Civ. Proc. Plaintiff was represented by its attorney, Gregory M. Constantino. Defendant, having been properly served the MOTION FOR ORDER TO PERMIT ACCESS TO DEFENDANT'S EMPLOYMENT RECORDS, did not file any response to the Motion. The State of Utah, Department of Workforce Services, having been properly served with a copy of the Motion, did file an opposition to the MOTION FOR ORDER TO PERMIT ACCESS TO DEFENDANT'S EMPLOYMENT RECORDS. The Court, having considered the Plaintiff's Motion and the State's opposition, and now THE COURT ENTERS THE FOLLOWING FINDINGS OF FACT:

1. That judgment was entered in favor of Plaintiff and against Defendant(s) on February 18, 2014.

2. That Constantino Law Office, P.C., as the attorneys for Plaintiff, will comply with the requirements of *Utah Code Section 35A-4-314*. Specifically, that Plaintiff's attorney will: (1) provide the Department of Workforce Services with a copy of the Order requiring disclosure; (2) Enter into a written agreement with the Division, in a form approved by the division; (3) Pay the

Department of Workforce Services a reasonable fee that reflects the cost for processing the request as established by the Department; and (4) Comply with the data safeguard and security measures described in *20 C.F.R. Sec. 603.9* with respect to the information received from the Department.

3.	That Plaintiff has satisfied the pre-requisites set forth in *Utah Code Section 35A-4-314* in order to obtain a court order requiring disclosure of the Defendant's employment information.

The Court, having previously entered its Findings of Fact, now for good cause appearing,
IT IS ORDERED THAT:

1.	Plaintiff's attorney shall comply with the requirements of *Utah Code Section 35A-4-314*. Specifically, that Plaintiff's attorney is ordered to: (1) provide the Department of Workforce Services with a copy of the Order requiring disclosure; (2) Enter into a written agreement with the division, in a form approved by the division; (3) Pay the Department of Workforce Services a reasonable fee that reflects the cost for processing the request as established by the Department; and (4) comply with the data safeguard and security measures described in *20 C.F.R. Sec. 603.9* with respect to the information received from the Department.

2.	The Utah Department of Workforce Services shall provide the name and address of the Defendant's last known employer to Plaintiff's attorney within fourteen (14) business days after the day on which the Plaintiff's counsel serves a copy of the Order on the Department.

***************** End of document *******************

CERTIFICATE OF MAILING/DELIVERY

I, the undersigned, hereby certify that a true and correct copy of the foregoing **ORDER TO PERMIT ACCESS TO DEFENDANT'S EMPLOYMENT RECORDS,** was on this day March 6, 2014, mailed first class, postage prepaid to:

        Luis Gallegos
        2261 N 450 W
        CLEARFIELD UT 84015-3529

I certify that on March 6, 2014, a true and correct copy of the foregoing ORDER TO PERMIT ACCESS TO DEFENDANT'S EMPLOYMENT RECORDS was served upon counsel for the Department of Workforce Services, Kathleen Bounous as required by Ut. R. Civ. P. 5(b)(1)(A)(ii)(". . . by sending it by email to the person's last known email address if that person has agreed to accept service by email." In this instance, the Department of Workforce Services has agreed to accept service of motions filed under Utah Code Annotated 35A-4-314, and all other corresponding documents associated with such motions, via email, at the agreed upon email addresses of: kbounous@utah.gov and mlmartinez@utah.gov

        /s/Luisa F Ocampo
        Luisa F Ocampo